IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE GOINS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| METLIFE HOME LOANS, A DIVISION | : | |
| OF METLIFE BANK, N.A. AND MCCABE, | : | |
| WEISBERG AND CONWAY, P.C., | : | |
| Defendants. | : | No.  12-CV-6639 |

ORDER

AND NOW, this 24 day of October, 2014, upon consideration of defendant McCabe, Weisberg and Conway, P.C.'s Motion to Dismiss (Docket 8) and defendant MetLife Home Loans, A Division of MetLife Bank, N.A.'s Joinder in Motion to Dismiss of Defendant McCabe Weisberg and Conway, P.C. (Docket 11), IT IS HEREBY ORDERED that said motions are GRANTED.

All claims against defendants McCabe, Weisberg and Conway, P.C. and MetLife Home Loans, A Division of MetLife Bank, N.A. are hereby dismissed with prejudice.

BY THE COURT:


  /S/ LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE